IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Michael E. Hegarty**

Civil Action No. 14-cv-00576-MEH

TRUSTEES OF THE WESTERN STATES INSULATORS & ALLIED WORKERS HEALTH PLAN,
TRUSTEES OF THE WESTERN STATES INSULATORS & ALLIED WORKERS INDIVIDUAL ACCOUNT PLAN, and
TRUSTEES OF THE WESTERN STATES INSULATORS & ALLIED WORKERS PENSION PLAN,

      Plaintiffs,

v.

FORTUNATO INSULATION, INC., a Colorado corporation,

      Defendant.

## ORDER DISMISSING CASE WITH PREJUDICE

**Michael E. Hegarty, United States Magistrate Judge**.

Before the Court is Plaintiff's Notice of Dismissal filed pursuant to Fed. R. Civ. P. 41(a)(1)(i) [filed April 25, 2014; docket # 8]. The Court finds the Notice and terms of the dismissal proper. Thus, it is hereby **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs. The Clerk of the Court is directed to close this case.

Dated and entered at Denver, Colorado this 25th day of April, 2014.

      BY THE COURT:

      *Michael E. Hegarty*

      Michael E. Hegarty
      United States Magistrate Judge